Javier abad Ramirez
#10989764
6arza West.
4250 Highway 202
Beeville Tx. 78102

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 2 0 2015

CHRISTOPHER A. PRINE
CLERK

SAN ANTONIO TX 782
16 OCT 2015 PM 13 L
LEGAL

Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002

FOREVER
USA

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

Javier Abad Ramirez Vs. The State of Texas
Court of Appeals No. 01-15-00340-CR
Trial Court Case No. 1264200

I, Javier Abad Ramirez, am not the court reporter in this case, nor am I the court witness. I am the Appellant in this case and was to be appointed an appeal attorney by Judge Brews.

I am citing Tex. R. App. P. 35.3(c). I have not received any mail or correspondence from my former counsel nor the new appointed counsel. Please consider and apply accordingly. Thank you for your time and attention.

Respectfully,

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 20 2015

CHRISTOPHER A. PRINE
CLERK

